## THE STATE v. CAYCE, Appellant.

### Division Two, December 9, 1903.

Appeal: NO BILL OF EXCEPTIONS. Where on appeal no bill of exceptions is filed, there is nothing for review save the record proper, and if that is free from error, the judgment will be affirmed.

Appeal from St. Francois Circuit Court.—*Hon. Robt. A. Anthony,* Judge.

AFFIRMED.

*Edward C. Crow,* Attorney-General, and *C. D. Corum* for the State.

BURGESS, J.—Defendant was convicted of a felonious assault with intent to kill one Lewis Cunningham, and his punishment fixed at two years' imprisonment in the penitentiary. From the judgment and sentence he appeals.

Defendant is not represented in this court. No bill of exceptions was filed in this cause, so that there is nothing before us for review save and except the record proper, and this we find free from error.

The judgment must be affirmed. It is so ordered. All concur.